IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT LUTHER JOHNSON, JR.                                              PLAINTIFF

        v.                    Civil No. 11-2140

SERGEANT RITTER; CAPTAIN
CONGER, SHERIFF HOLLENBECK,
Sebastian County, Arkansas; DR.
TINSMAN; and NURSE LORA                                                 DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights case filed by the Plaintiff, Robert Luther Johnson, Jr., under the provisions of 42 U.S.C. § 1983.  He proceeds *pro se* and *in forma pauperis.*

Defendants have filed a motion to dismiss (Doc. 19).  Plaintiff did not respond to the motion.  For this reason, a show cause order was entered on July 26, 2012 (Doc. 23).  Plaintiff was given until August 13, 2012, to show cause why the motion to dismiss should not be granted and this case dismissed.  Plaintiff was advised that failure to respond to this show cause order would result in the dismissal of this case.

Plaintiff has not responded to the show cause order.  He has not requested an extension of time to respond to it.  He has not communicated with the Court.  The show cause order has not been returned as undeliverable.

For the reasons stated, I recommend that this case be dismissed with prejudice based on Plaintiff's failure to obey the orders of the Court and his failure to prosecute.  Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file**

**timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 17th day of August 2012.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE